# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0375

VERSUS

ANDREW D. WETZEL

**JUNE 21, 2021**

---

In Re: Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

**BEFORE: GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Clerk of Court shows that the district court is proceeding toward disposition of relator's pretrial *pro se* motions.

**JMG**
**JMM**
**PMc**

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT